

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00314-CV

_____

DAMETRESE D. SMITH, Appellant

V.

CITY CREDIT UNION, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV2019-02273

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due, but not filed, on February 19, 2021. On March 4, 2021, we notified appellant that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court her brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).

On March 16, 2021, after receiving appellant's response to our late-brief notice,[1] we gave appellant until March 26, 2021, to file the brief and motion and again warned that failure to do so could result in the appeal's dismissal for want of prosecution. *See* Tex. R. App. P. 42.3(b). On March 26, 2021, we received a fax—but no brief or motion—from appellant.[2]

Because appellant has failed to file a brief pursuant to the Rules of Appellate Procedure despite having been given the opportunity to do so, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

---

[1]Appellant attributed being unable to file her brief on February 19, 2021, because of the freak snowstorm that left her—and much of the Dallas-Fort Worth Metro Area—without power.

[2]In her fax, appellant asked to reopen her case in the trial court, asked forgiveness for missing her appellate deadline, and requested "a chance to try and reconcile this matter."

Per Curiam

Delivered:  April 8, 2021